**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLOS JORGE, on behalf of himself and all others similarly situated | Docket No:  1:17-cv-09312-GHW |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| -against- | |
| GRISTEDES 59 LLC, | |
| Defendant. | |

Now comes the Plaintiff CARLOS JORGE, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2.  The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Respectfully submitted,

By: __ /s/ Daniel Cohen
Daniel C. Cohen, Esq.
300 Cadman Plaza W, 12th Fl.
Brooklyn, New York 11201
Tel: 646.645.8482
Fax: 347.665.1545
dan@dccohen.com

Dated:    Brooklyn, New York
          January 29, 2018