**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLOS JORGE, on behalf of himself and all others similarly situated<br><br>      Plaintiffs,<br><br>-against-<br><br>GRISTEDES 59 LLC, AND RED APPLE 79TH STREET, LLC<br><br>      Defendant. | Docket No:  1:17-cv-09312-GHW<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff CARLOS JORGE, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

                Respectfully submitted,

                By:  /s/ Daniel Cohen
                Daniel C. Cohen, Esq.
                300 Cadman Plaza W, 12th Fl.
                Brooklyn, New York 11201
                Tel: 646.645.8482
                Fax: 347.665.1545
                dan@dccohen.com

Dated: Brooklyn, New York
     January 29, 2018